Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

Marie Trimble Holvick, SBN 257891
mholvick@grsm.com
Seth A. Weisburst, SBN 259323
sweisburst@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite #2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 4986-8054

*Attorneys for Defendant*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLAZE PIZZA, LLC., a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.:  3:20-cv-01971-TSH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims in the above-captioned case be dismissed against all Defendants in this action with prejudice as to Plaintiff's individual claims and without prejudice as to class claims of putative class members. Each party to bear its own attorneys' fees and costs.

Dated: October 20, 2020                    **WILSHIRE LAW FIRM**


/s/ *Thiago M. Coelho*
Thiago M. Coelho
*Attorney for Plaintiff*

Dated: October 20, 2020                    **GORDON REES SCULLY MANSUKHANI, LLP**


/s/ *Seth A. Weisburst*
Marie Trimble Holvick
Seth A. Weisburst
*Attorneys for Defendant*


*Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# [PROPOSED] ORDER

This matter came before the Court on a Stipulation for Dismissal With Prejudice filed by Plaintiff Juan Alcazar and Defendant Blaze Pizza, LLC. That Stipulation is hereby **GRANTED AS REQUESTED,** and the Court hereby orders that this matter is **DISMISSED WITH PREJUDICE**. as to Plaintiff's individual claims and without prejudice as to the class claims of putative class members.

Dated: October 21, 2020

United States ~~District Court Judge~~
Magistrate Judge Thomas S. Hixson

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.: 3:20-cv-01971-TSH

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137